UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEE MATHEWS,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>  Defendants. | No. 2:23-cv-00922 DB P<br><br><br>ORDER |

Plaintiff was confined in jail when he initiated this action and seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff has also requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302.

Plaintiff submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Plaintiff's requests to proceed in forma pauperis (ECF Nos. 2, 6) are granted.

The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity.[1] 28 U.S.C. § 1915A(a). Plaintiff initiated this action with a complaint filed on May 17, 2023. (ECF No. 1.) Prior to any action by the court, on June 1, 2023, plaintiff filed a document with a cover page and checkmarks

---

[1] Based on plaintiff's current address of record, it appears plaintiff has been released from custody.

on the form for both "Original Complaint" and "First Amended Complaint." (ECF No. 4.) Upon reviewing the document filed on June 1, 2023, it does not appear plaintiff intended this document to be a first amended complaint because it reads as an 11-page letter to the court (see id. at 2) and does not contain clearly asserted factual allegations or causes of action. The Clerk of Court will be directed to update the docket accordingly. Plaintiff's complaint will be screened in due course.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's requests for leave to proceed in forma pauperis (ECF Nos. 2, 6) are granted.

2. The Clerk of the Court is directed to update the docket to reflect that plaintiff's document filed on June 1, 2023, is construed as a letter to the court.

Dated:  January 19, 2024

DLB7
math0922.ifp

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

2