UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEE MATHEWS,  Plaintiff,  v.  COUNTY OF SACRAMENTO, et al.,  Defendants. | No. 2:23-cv-00922 KJM DB P  ORDER |

Plaintiff, a former state prisoner proceeding pro se and in forma pauperis, seeks relief pursuant to 42 U.S.C. § 1983. On March 28, 2024, the undersigned recommended that this action be dismissed for plaintiff's failure to file an amended complaint or otherwise respond to the court's order filed on February 16, 2024. However, the court has determined that plaintiff submitted a complaint which was entered as a new case on May 30, 2023, and which, instead, should have been filed as plaintiff's amended complaint in this case.[1] Accordingly, the undersigned will vacate the findings and recommendations to dismiss this case for failure to file an amended complaint. By separate order in the other action, the undersigned will order the Clerk

---

[1] The complaint was assigned case number 2:23-cv-1021-DB (E.D. Cal.) and was also entitled Mathews v. County of Sacramento, et al. The complaint did not bear the case number for this case and the boxes for both "original complaint" and "amended complaint" were checked. Plaintiff shall use the case number 23-cv-0922 for all future filings.

1

of the Court to file the complaint as a first amended complaint in this action. The court will screen the first amended complaint in due course.

For the reasons set forth above, IT IS HEREBY ORDERED as follows:

1. The undersigned vacates the findings and recommendations to dismiss this case filed on March 28, 2024 (ECF No. 12).

2. Plaintiff is directed to use the case number 23-cv-0922 for all future filings.

Dated:  June 4, 2024

DLB7
math0922.vac

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Click here to enter text., | No. Click here to enter text. |
| Plaintiff, | |
| v. | NOTICE OF ELECTION |
| Click here to enter text., | |
| Defendants. | |

Plaintiff elects to proceed as follows:

_____     Plaintiff opts to proceed with his [set forth cognizable claims/defendants].

_____     Plaintiff consents to dismissal of [identify noncognizable claims/defts], without prejudice.

**OR**

\_\_\_\_\_     Plaintiff opts to file an amended complaint and delay service of process. The proposed amended complaint is attached.

DATED:

_____
Plaintiff